UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHAD ANDREW CARTER,<br><br>    Defendant. | Case No. 20-cr-00253-VC-1<br><br>**ORDER WITH TENTATIVE MODIFIED CONDITIONS** |

For review ahead of the sentencing hearing today, the Court is tentatively inclined to modify Supervised Release Conditions 5, 6, and 7 as follows:

5. You may not use or possess any computer that is not subject to the Computer and Internet Monitoring Program (CIMP) Participation Agreement without prior permission of the probation officer. For purposes of these conditions of supervised release and your participation in CIMP, "computer" means any electronic device capable of accessing the internet or storing data.

6. You must enroll in the CIMP and abide by the requirements of the CIMP Participation Agreement. You must also abide by the requirements of the Computer & Internet Acceptable Use Contract (Use Contract), subject to the following.

For purposes of the Use Contract, "computer" means any electronic device capable of accessing the internet or storing data.

The Use Contract's prohibition on "online pornography" without prior approval of the probation officer is replaced with a prohibition on "any materials with depictions of sexually explicit conduct, as defined by 18 U.S.C. § 2256(2)" without prior approval of the probation officer.

The Use Contract shall not be used to prevent you from doing any of the following:

- Maintaining a profile on social networking sites, so long as any social networking activity occurs on a monitored computer.
- Accessing an email account, so long as the email account is subject to monitoring or is for work with the prior approval of a probation officer.
- Establishing a personal or business website, including online "blogs," so long as the website or blog is being accessed on a monitored computer.
- Using videoconferencing services, so long as the videoconferencing occurs on a monitored computer or at work with the prior approval of a probation officer.
- Accessing chat rooms or other online environments allowing for real-time interaction with others, website message boards, or newsgroups, so long as this activity occurs on a monitored computer.
- Selling/purchasing or offering to sell/purchase items over the Internet, including on Internet auction sites, so long as this activity occurs on a monitored computer.

The probation officer shall not impose any "Other" special restrictions without court approval.

7. As directed by the probation officer, you must warn your employer of any restrictions on your computer use.

**IT IS SO ORDERED.**

Dated: March 30, 2021

_____
VINCE CHHABRIA
United States District Judge