UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAD ANDREW CARTER,<br><br>        Defendant. | Case No. 20-cr-00253-VC-1<br><br>**ORDER WITH UPDATED TENTATIVE MODIFIED CONDITIONS** |

Below is an updated version of the modified Supervised Release Conditions 5, 6, and 7 that the Court is tentatively inclined to adopt:

5. You may not use or possess any computer that is not subject to the Computer and Internet Monitoring Program (CIMP) Participation Agreement without prior permission of the probation officer. For purposes of these conditions of supervised release and your participation in CIMP, "computer" means any electronic device capable of accessing the internet or storing data.

6. You must enroll in the CIMP and abide by the requirements of the CIMP Participation Agreement. You must also abide by the requirements of the Computer & Internet Acceptable Use Contract, subject to the following.

For purposes of the Acceptable Use Contract, "computer" means any electronic device capable of accessing the internet or storing data.

With respect to the Acceptable Use Contract's prohibition on "online pornography"

without prior approval of the probation officer, "pornography" means "any materials with depictions of sexually explicit conduct, as defined by 18 U.S.C. § 2256(2)."

The Acceptable Use Contract shall not be used to prevent you from doing any of the following:

- Maintaining a profile on social networking sites, so long as any social networking activity occurs only on a monitored computer.

- Accessing an email account, so long as the email account is subject to monitoring or is for work with the prior approval of a probation officer.

- Establishing a personal or business website, including online "blogs," so long as the website or blog is accessed only on a monitored computer.

- Using videoconferencing services, so long as the videoconferencing occurs only on a monitored computer or at work with the prior approval of a probation officer.

- Accessing chat rooms or other online environments allowing for real-time interaction with others, website message boards, or newsgroups, so long as this activity occurs only on a monitored computer.

- Selling/purchasing or offering to sell/purchase items over the Internet, including on Internet auction sites, so long as this activity occurs only on a monitored computer.

The probation officer shall not impose any special restrictions not listed in the Acceptable Use Contract without court approval.

7. As directed by the probation officer, you must warn your employer of any restrictions on your computer use.

**IT IS SO ORDERED.**

Dated:

_____
VINCE CHHABRIA
United States District Judge